■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SAGNELLI, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County, imposed April 7, 1978. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Hopkins, Damiani and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD SWANSTON, SR., Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County, imposed March 30, 1978. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, J. P., Shapiro, Cohalan and Margett, JJ., concur.